**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 00-2447

———————————

DAVID WARD,

                    Plaintiff - Appellant,

     versus

LAWRENCE H. SUMMERS, Secretary of the
Treasury,

                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-00-258-JFM)

———————————

Submitted:  June 29, 2001         Decided:  August 1, 2001

———————————

Before WILKINS, NIEMEYER, and GREGORY, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

David A. Branch, LAW OFFICE OF DAVID A. BRANCH, P.C., Washington,
D.C., for Appellant.  Stephen M. Schenning, United States Attorney,
Nadira Clarke, Assistant United States Attorney, Baltimore, Mary-
land, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

David Ward appeals the district court's order dismissing his civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Ward v. Summers</u>, No. CA-00-258-JFM (D. Md. Oct. 26, 2000); <u>see also</u> <u>Cook v. CSX Transp. Corp.</u>, 988 F.2d 507, 511 (4th Cir. 1993) (stating standard for reviewing claim of discriminatory disparate treatment). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>